WILLIAM BRADFORD, Appellant, *v.* BROOKLYN TRUST COMPANY et al., Respondents.

Submitted November 26, 1945; decided December 6, 1945.

*Jules Haberman* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellant serves and files the requisite undertaking on appeal and pays $10 costs within ten days, in which event the motion is denied.